

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Arthur Gilmer Cross Jr.,                         * From the 29th District Court
                                                 of Palo Pinto County,
                                                 Trial Court No. 17958.

Vs. No. 11-23-00102-CR                           * January 15, 2026

The State of Texas,                              * Opinion by Trotter, J.
                                                 (Panel consists of: Bailey, C.J.,
                                                 Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.